MN-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Thomas & Joreen Eiselt                    Chapter 7 Case No. 05-33352

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| National Recoveries Inc/Burger King<br>11000 Central Ave. NE<br>Blaine, MN 55434-3827 | 2 | $43.35 | $2.65 |
| Lawnpro<br>61492 154th Lane<br>Mapleton, MN 56065-5656 | 7 | $54.77 | $3.34 |

Dated: March 2, 2011

*/s/ Paul Bucher*
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

RECEIVED 11 MAR -4 AM 11:07 U.S. BANKRUPTCY COURT ST. PAUL, MN

Rec # 3454