Rec# 3876

MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor:  Thomas & Joreen Eiselt                                   Chapter 7 Case No. 05-33352

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| National Recoveries<br>11000 Central Ave. NE<br>Blaine MN 55434-3827 | 4 | $43.35 | $.26 |
| Lawnpro<br>61492 154th Lane Mapleton MN 56065-5656 | 7 | $54.77 | .32 |
| Lindy's Collection Service<br>PO Box 99 New Ulm MN 56073-0099 | 10 | $89.50 | .52 |
| Kohls Department Store<br>PO Box 740933 Dallas TX 75374 | 12 | $175.50 | 1.01 |
| Center Point Energy<br>800 LaSalle Ave HQ 16 Minneapolis MN 55402 | 13 | $639.42 | 3.71 |

Dated:   June 9, 2011

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111